UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN D. RANDALL,<br><br>    Plaintiff,<br><br>    v.<br><br>CHANGE.ORG, INC.,<br><br>    Defendant. | Case No. 20-cv-03863-EMC<br><br>**JUDGMENT** |

On December 9, 2020, the Court issued its Order Granting Defendant's Motion to Dismiss (*see* Order, Docket No. 40). Pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ENTERS** judgment in favor of Defendant and against Plaintiff. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED**.

Dated: December 9, 2020

                                            EDWARD M. CHEN
                                            United States District Judge